AFFIRM as modified; Opinion issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01311-CR
No. 05-11-01335-CR

TIMOTHY LEE ROBINSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F10-72541-U, F10-71461-U

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Morris

In the trial court, Timothy Lee Robinson waived a jury and pleaded guilty to aggravated sexual assault of a child younger than fourteen years and aggravated assault with a deadly weapon, a motor vehicle. *See* TEX. PENAL CODE ANN. §§ 22.02(a), 22.021(a)(1)(B)(i) (West 2011). The trial court assessed punishment at fifty years' imprisonment and a $3,000 fine on the aggravated sexual assault of a child conviction and twenty years' imprisonment and a $3,000 fine on the aggravated assault with a deadly weapon conviction. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note the record shows the trial court orally pronounced a $3,000 fine after it found appellant guilty and imposed the sentence in each case. The judgments, however, recite $2,000 fines. When a conflict exists between the oral pronouncement and the written judgment, the oral pronouncement controls. *See Coffey v. State*, 979 S.W.2d 326, 328 (Tex. Crim. App. 1998). We modify the judgment in each case to show the fine is $3,000. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27-28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529-30 (Tex. App.–Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgments.

JOSEPH B. MORRIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111311F.U05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIMOTHY LEE ROBINSON, Appellant

No. 05-11-01311-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F10-72541-U).
Opinion delivered by Justice Morris, Justices Francis and Murphy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "$3,000."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered September 20, 2012.

JOSEPH B. MORRIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMOTHY LEE ROBINSON, Appellant

No. 05-11-01335-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F10-71461-U).
Opinion delivered by Justice Morris,
Justices Francis and Murphy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "$3,000."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered September 20, 2012.

JOSEPH B. MORRIS
JUSTICE